# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SERENA VISTA APARTMENTS, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-0815 -LJO- JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 4) |

On July 24, 2018, Plaintiffs United Africa-Asian Abilities Club and Theodore Arthur Pinnock filed a notice of voluntary dismissal. (Doc. 4) Plaintiffs indicated the parties reached a settlement of the action, and requested that the complaint "be dismissed with prejudice in its entirety." (*Id.* at 2)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared in this action or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Court **ORDERS**: the Clerk of Court **IS DIRECTED** to close this action in light of the notice of voluntary dismissal.

IT IS SO ORDERED.

    Dated: __July 28, 2018__            __/s/ Jennifer L. Thurston__
                                                                        UNITED STATES MAGISTRATE JUDGE